Michael S. Chernis, CSB 259319
Chernis Law Group, P.C.
2425 Olympic Blvd., Ste. 4000-W
Santa Monica, CA 90404
Tel: (310) 566-4388
Fax: (310) 382-2541
Michael@chernislaw.com
Attorney for Defendant
**TADASHA JOHNSON**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: CR 14-0107-VAP |
| Plaintiff, | |
| | ORDER |
| vs. | |
| **MICHAEL PAUL BUSTAMANTE, et al** | |
| **(Tadasha Johnson No. 52)** | |
| Defendant. | |

On September 2, 2015, Defendant Tadasha Johnson filed an Ex Parte Motion To Unseal Documents Produced In Response To Subpoenas by the San Bernardino Police Department and San Bernardino Sheriff's Department in response to subpoenas dated July 1, 2015 issued by Defendant Johnson pursuant to a prior Order of this Court, dated June 30, 2015. When the responding law enforcement agencies produced the documents to the Court in response to the subpoenas, it sought to do so under seal.

1

On September 14, 2015, the Court held a Status Conference at the request of Defendant Johnson, to address the scheduling of the hearing and further briefing on Defendant Johnson's Motion to Suppress Evidence, and to hear argument on the Motion To Unseal Documents Produced In Response To Subpoenas.  In addition to Government counsel and counsel for Defendant Johnson, counsel for the City of San Bernardino appeared on behalf of the San Bernardino Police Department, and counsel appeared on behalf of the San Bernardino Sheriff's Department.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that TADASHA JOHNSON'S Ex Parte Motion to Unseal Documents Produced In Response To Subpoenas is GRANTED, subject to the provisions of this ORDER, as follows:

IT IS ORDERED that all documents previously produced to the Court by the San Bernardino Police Department in response to the July 1, 2015 subpoena are to be released to Michael Chernis, Counsel for Defendant Johnson, subject to the terms of the Protective Order previously issued by this Court on July 17, 2015 (Dkt. 742), and Mr. Chernis shall provide the Government with an electronic copy of those documents, subject to Paragraph 2.d of the Protective Order, which requires Government counsel to execute a compliance agreement with respect to the terms of the July 17, 2015 Protective Order;

IT IS ORDERED that all documents previously provided to the Court by the San Bernardino Sheriff's Department in response to the July 1, 2015 subpoena are to be released to Mr. Chernis (except for the "green file" which contains medical records of Deputy Martinez, which documents were returned to Mr. Algeria Ford, Counsel for the San Bernardino Sheriff's Department, at the conclusion of the hearing on September 14), who shall provide the Government with an electronic copy of those documents, hereinafter referred to as the "Protected Documents."  The use, disclosure and dissemination of the Protected Documents shall be governed by the terms of a protective order, as follows:

> Counsel for Defendant Tadasha Johnson and counsel for the United States of America shall not disclose to any person or entity, in any manner, including orally, or disseminate to any person or entity, in any matter, including by duplication, any of the

Protected Documents or any of the information contained therein, except when used for purposes of the underlying criminal matter.

1. The Protected Documents and all information contained therein, may only be disclosed to the following "qualified" person:

    a. Counsel for defendant Tadasha Johnson or the Government;

    b. Paralegals, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a); and, investigators, expert witnesses and other persons legitimately involved in case-related activities for counsel;

    c. Court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action; and

    d. With the exception of the Court and court personnel (who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal), all persons receiving a copy of the Protected Documents shall, before receiving such protected information, be given a copy of this Protective Order and a compliance agreement (in the form attached hereto as Exhibit "1") and shall execute the compliance agreement, and return the original of the compliance agreement to counsel for defendant or counsel for the Government, as appropriate.  It shall be the responsibility of the respective counsel to distribute compliance agreements, and then collect and maintain custody of the executed originals of the compliance agreements.

2. The confidential information contained in the Protected Documents may be disclosed to the court and court personnel, in connection with this case.  Protected Documents, or the confidential information contained in the Protected Documents, that a party intends to use in support of or in opposition to a pretrial or trial filing must be filed in

accordance with the Central District of California Local Rules relating to under seal filings.  Nothing in this Order shall be construed to affect the use of any of the Protected Documents, at any trial or hearing.  However, any party, whether it be counsel of defendant Tadasha Johnson or the Government, who intends to present, or anticipates that another party may present the Protected Documents, or confidential information contained in the Protected Documents, at a hearing or trial shall bring that issue to the Court's attention and parties' attention by motion or in a pretrial memorandum without disclosing the Protected Documents or confidential information contained in the Protected Documents.  The Court may thereafter make such orders as are necessary to govern the use of such documents or information at trial.

3. The Protected Documents shall be used solely in connection with preparation for and trial of this matter, entitled *United States of America vs. Michael Paul Bustamante, et al. (Tadasha Johnson No. 52)*, bearing case number EDCR 14-0107-VAP, or any related appellate proceeding, and not for any other purpose, including, without limitation, any other case or administrative proceeding or any investigation related thereto.

4. This Order may not be modified unless by written consent of the parties and approval of the Court.  Any party may move for a modification of this Order at any time.  Upon receipt and review of the documents produced pursuant to this Order, any party may move to remove the confidential designation of any document after meeting and conferring with opposing counsel.

5. This Order is made for the purpose of ensuring that the Protected Documents will remain confidential, unless otherwise ordered by the Court.

6. Within thirty (30) calendar days after the conclusion of this case, counsel for defendant Tadasha Johnson and the Government shall send a signed declaration to the San Bernardino Sheriff's Department stating that all copies of the Protected

Documents have been destroyed pursuant to this Protective Order.  "Copies" includes any medium containing, summarizing, excerpting, or otherwise embodying any material derived from the Protected Documents, including notes, tapes, and papers.

7. Nothing in this Order shall be construed as authorizing a party to disobey a lawful subpoena issued in another action.

DATED:  September 16, 2015

*/s/ Virginia A. Phillips*

THE HONORABLE VIRGINIA A. PHILLIPS

United States District Judge

**EXHIBIT 1**

**COMPLIANCE AGREEMENT**

I, _____, do solemnly swear that I have received a copy of and am fully familiar with the terms of the PROTECTIVE ORDER REGARDING CONFIDENTIAL RECORDS in the case of *United States of America vs. Michael Paul Bustamante, et al. (Tadasha Johnson NO. 52)*, bearing case number EDCR 14-0107-VAP, governing documents produced by the San Bernardino Sheriff's Department in response to subpoenas issued by Defendant Johnson, and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further Order of the Court.  I hereby consent to the jurisdiction of said Court for purposes of enforcing such order.

Dated:_____

                                                                                                    _____
                                                                                                    Signature

                                                                                                    _____
                                                                                                    Print Name

                                                                                                    _____
                                                                                                    Address

                                                                                                    _____

                                                                                                    _____

                                                                                                    (____)_____
                                                                                                    Phone Number